ACCEPTED
01-15-00312-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/20/2015 7:13:31 AM
CHRISTOPHER PRINE
CLERK

## No. 01-15-00312-CR

In the
Court of Appeals
for the
First District of Texas
at Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

8/20/2015 7:13:31 AM

CHRISTOPHER A. PRINE
Clerk

————————◆————————

## No. 1421605

In the 176th District Court
Harris County, Texas

————————◆————————

## HARVEY SMITH
*Appellant*
V.
## THE STATE OF TEXAS
*Appellee*

————————◆————————

## APPELLANT'S FIRST MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE APPELLATE BRIEF

————————◆————————

TO THE HONORABLE COURT OF APPEALS:

APPELLANT, pursuant to **TEX. R. APP. P.** 10.1, 10.5(b) and 38.6(d), moves for an extension of time within which to file its appellate brief. In support of its motion, appellant submits the following:

1.   Appellant was charged with aggravated robbery.

2.   A jury convicted appellant of the charged offense and sentenced him to 28 years confinement in the Institutional Division of the Texas Department of Criminal Justice on March 23, 2015.

3.   Notice of appeal was filed on March 23, 2015.

4.	Appellant's brief was due on August 13, 2015.

5.	Appellant seeks an extension to file his brief until November 13, 2015.

6.	The following facts are relied upon to show good cause for the requested extension:

   a. Counsel filed a petition for discretionary review in *Miranda v. State*, No. PD-0827-15, and *Hayes v. State,* No. PD-0885-15 and No. PD-0886-15.
   b. Counsel has filed a writ of certiorari in the United States Supreme Court in *Masterson v. Stephens.*
   c. Counsel has filed a writ of habeas corpus in *Ex parte Williams*, 1371668A.

7.	Appellant's motion is not for purposes of delay, but so that justice may be done.

WHEREFORE, the State prays that this Court will grant the requested extension.


Respectfully submitted,

**/s/MANDY MILLER**
Attorney for appellant
2910 Commercial Center Blvd., Ste. 103-201
Katy, TX 77494
SBN 24055561
PHONE (832) 900-9884
FAX (877) 904-6846
mandy@mandymillerlegal.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument has been delivered via electronic mail to the following address:

Harris County District Attorney's Office
ATTN: Alan Curry
curry_alan@dao.hctx.net

/s/**MANDY MILLER**
Attorney for appellant
2910 Commercial Center Blvd., Ste. 103-201
Katy, TX 77494
SBN 24055561
PHONE (832) 900-9884
FAX (877) 904-6846
mandy@mandymillerlegal.com